# EXHIBIT A

DAVIS, SAPERSTEIN & SALOMON P.C.
375 Cedar Lane
Teaneck, NJ 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff

| | |
|---|---|
| JOHNA GOLDSACK,<br><br>Plaintiff(s),<br><br>- vs -<br><br>WAL-MART STORES, INC. A/K/A WALMART SUPERCENTER, 300-400 PARK PLAZA DRIVE, INC. A/K/A 300-400 PARK PLAZA DR INC, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS) AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES)<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO. HUD-L-3257-16<br><br>*Civil Action*<br><br>SUMMONS |

**FROM THE STATE OF NEW JERSEY**
**TO THE DEFENDANT(S) NAMED ABOVE:**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

(with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

/s/ *Michelle M. Smith*

MICHELLE M. SMITH, Clerk

Dated: August 23, 2016

Name of Defendant to be served: WAL-MART STORES, INC.
A/K/A WALMART SUPERCENTER
c/o The Corporation Trust Company, Agent
820 Bear Tavern Road
West Trenton, NJ 08628

-2-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

FILED
CUSTOMER SERVICE TEAM
AUG 15 2016
SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION #4

Angela Cervelli Bennett, Esq. - 044231999
DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff(s)

| | |
|---|---|
| Johna Goldsack,<br><br>Plaintiff(s),<br><br>- vs -<br><br>Wal-Mart Stores, Inc. a/k/a Walmart Supercenter, 300-400 Park Plaza Drive, Inc. a/k/a 300-400 Park Plaza Dr Inc, John Does 1-10 (fictitious names representing unknown individuals) and/or XYZ Corps. 1-10 (fictitious names representing unknown corporations, partnerships and/or Limited Liability Companies or other types of legal entities)<br><br>Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO: HUD-L-3257-16<br><br>Civil Action<br><br>COMPLAINT AND JURY DEMAND |

Plaintiff Johna Goldsack residing at 61 Belmount Ave, in the Borough of North Arlington, County of Bergen, and the State of New Jersey, by way of Complaint against the Defendants says:

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## FIRST COUNT

1. On or about July 3, 2015, Plaintiff Johna Goldsack was a business invitee, lawfully upon the premises owned, operated, leased, controlled, supervised, managed, maintained and/or repaired and/or inspected by the Defendants Wal-Mart Stores, Inc. a/k/a Walmart Supercenter (hereinafter referred to as "Walmart Supercenter"), 300-400 Park Plaza Drive, Inc. a/k/a 300-400 Park Plaza Dr Inc (hereinafter referred to as "300-400 Park Plaza Drive, Inc."), John Does 1-10 and/or XYZ Corps. 1-10, located at or near 400 Plaza Drive, in the Town of Secaucus, County of Hudson, and the State of New Jersey.

2. Upon information and belief, at all relevant times herein mentioned, Defendant Walmart Supercenter was a foreign profit corporation authorized to do business in the State of New Jersey, with its main business address located at 702 South West 8th Street, in Bentonville, the State of Arkansas.

3. Upon information and belief, at all relevant times herein mentioned, Defendant 300-400 Park Plaza Drive, Inc. was a domestic profit corporation authorized to do business in the State of New Jersey, with its principal business address located at 400 Plaza Drive, in the Town of Secaucus, County of Hudson, and the State of New Jersey.

4. At the aforesaid time and place, due to the careless, reckless, and negligent, ownership, operation, lease, control, supervision, management and/or maintenance and/or repair and/or inspection of the premises by the Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Johna Goldsack was caused to slip and fall, thereby causing the Plaintiff to sustain severe personal injuries.

-2-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

5. As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of the Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Johna Goldsack was injured in and about her mind and body; was and will in the future be caused great pain and suffering to her mind and body; was and will in the future be obliged to expend great sums of money for medical aid and attention; has sustained economic loss; and was and will in the future be unable to attend her usual pursuits and occupations and was further damaged.

WHEREFORE, Plaintiff Johna Goldsack demands judgment against the Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10, individually, jointly or severally for damages together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff Johna Goldsack repeats each and every allegation of the First Count of the Complaint as if set forth at length herein verbatim.

2. At the aforesaid time and place, Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10 were independent contractors responsible for the upkeep and/or maintenance and/or repair and/or inspection of the aforementioned premises.

3. As a direct and proximate result of the careless, reckless, and negligent upkeep and/or maintenance and/or repair and/or inspection the premises by the Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Johna Goldsack was caused to slip and fall, thereby causing the Plaintiff to sustain severe personal injuries.

-3-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

4. As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of the Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Johna Goldsack was injured in and about her mind and body; was and will in the future be caused great pain and suffering to her mind and body; was and will in the future be obliged to expend great sums of money for medical aid and attention; has sustained economic loss; and was and will in the future be unable to attend her usual pursuits and occupations and was further damaged.

WHEREFORE, Plaintiff Johna Goldsack demands judgment against the Defendants Walmart Supercenter, 300-400 Park Plaza Drive, Inc., John Does 1-10 and/or XYZ Corps. 1-10 individually, jointly or severally for damages together with interest and costs of suit.

### THIRD COUNT

1. Plaintiff Johna Goldsack repeats each and every allegation of the First and Second Counts of the Complaint as if set forth at length herein verbatim.

2. At the aforesaid time and place, Defendant John Does 1-10 was an unknown person or persons whose actions caused and/or contributed, directly or indirectly, to the incident herein and the injuries and damages suffered by Plaintiff Johna Goldsack.

3. At the aforesaid time and place, Defendant XYZ Corps. 1-10 was an unknown business, corporation and/or entity, whose agents, servant and/or employee's actions caused and/or contributed, directly or indirectly, to the incident herein and the injuries and damages suffered by Plaintiff Johna Goldsack.

4. As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of the Defendants John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Johna Goldsack was caused to slip and fall, thereby causing the Plaintiff to sustain severe personal injuries.

-4-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

5. As a direct and proximate result of the aforesaid carelessness, recklessness, and negligence of the Defendants John Does 1-10 and/or XYZ Corps. 1-10, Plaintiff Johna Goldsack was injured in and about her mind and body; was and will in the future be caused great pain and suffering to her mind and body; was and will in the future be obliged to expend great sums of money for medical aid and attention; has sustained economic loss; and was and will in the future be unable to attend to her usual pursuits and occupations and was further damaged.

WHEREFORE, Plaintiff Johna Goldsack demands judgment against the Defendants John Does 1-10 and/or XYZ Corps. 1-10 individually, jointly or severally for damages together with interest and costs of suit.

DAVIS, SAPERSTEIN & SALOMON, P.C.
Attorneys for Plaintiffs

Dated: August 12, 2016     BY: _____
                              Angela Cervelli Bennett, Esq.
                              For the Firm

### JURY DEMAND

Plaintiff demands a trial by jury on all issues raised in the various Counts of the Complaint.

### DESIGNATION OF TRIAL COUNSEL

Plaintiff hereby designates Evan D. Baker, Esq. as trial counsel in this matter.

DAVIS, SAPERSTEIN & SALOMON, P.C.
Attorneys for Plaintiffs

Dated: August 12, 2016     BY: _____
                              Angela Cervelli Bennett, Esq.
                              For the Firm

-5-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1(b)(1), et seq., Plaintiff hereby demands that Defendants answer Form "C" Uniform Set of Interrogatories of Appendix II and supplemental Form "C2", within the time prescribed by the Rules of Court.

Plaintiff reserves the right to propound additional supplemental Interrogatories pursuant to the Rules of Court.

## CERTIFICATION

I certify, pursuant to R.4:5-1, that to the best of my knowledge, information and belief at this time, the matter in controversy is not the subject matter of any other action pending in any other court, nor of any pending arbitration proceeding; that no other action or arbitration is contemplated; and that there are no other parties who should be joined in this action.

DAVIS, SAPERSTEIN & SALOMON, P.C.
Attorneys for Plaintiffs

Dated: August 12, 2016

BY: Angela Cervelli Bennett, Esq.
For the Firm

-6-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1. Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

| Field | Value |
|---|---|
| PAYMENT TYPE: | ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

**ATTORNEY / PRO SE NAME:** Angela Cervelli Bennett, Esq.
**TELEPHONE NUMBER:** (201) 907-5000
**COUNTY OF VENUE:** Hudson

**FIRM NAME (if applicable):** DAVIS, SAPERSTEIN & SALOMON, PC
**DOCKET NUMBER (when available):** L-3251-16

**OFFICE ADDRESS:** 375 Cedar Lane, Teaneck, New Jersey 07666
**DOCUMENT TYPE:** Complaint
**JURY DEMAND:** ☒ Yes ☐ No

**NAME OF PARTY (e.g., John Doe, Plaintiff):** Johna Goldsack, Plaintiff
**CAPTION:** Johna Goldsack vs. Wal-Mart Stores, Inc., et. al.

**CASE TYPE NUMBER:** 605
**HURRICANE SANDY RELATED?** ☐ YES ☒ NO
**IS THIS A PROFESSIONAL MALPRACTICE CASE?** ☐ YES ☒ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

**RELATED CASES PENDING?** ☐ Yes ☒ No
IF YES, LIST DOCKET NUMBERS

**DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?** ☐ YES ☒ NO
**NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (If known):** Claims Management, Inc. ☐ NONE ☐ UNKNOWN

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?** ☐ YES ☒ NO
**IF YES, IS THAT RELATIONSHIP:** ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS

**DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?** ☐ Yes ☒ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

**DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?** ☐ YES ☒ No
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

**WILL AN INTERPRETER BE NEEDED?** ☐ YES ☒ No
IF YES, FOR WHAT LANGUAGE?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

**ATTORNEY SIGNATURE:** [signature]

Effective 12-07-2015, CN 10517-English

page 1 of 2