UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNA GOLDSACK,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>- vs –<br><br>WAL-MART STORES, INC. A/K/A WALMART SUPERCENTER, 300-400 PARK PLAZA DRIVE, INC. A/K/A 300-400 PARK PLAZA DR INC, JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS) AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES)<br><br>　　　　　　　　　　　　　Defendant. | Civil Action No.:  2:16-cv-05354 SDW LDW<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL ON BEHALF OF PLAINTIFF** |

PLEASE TAKE NOTICE THAT Terrence Smith of the firm of Davis, Saperstein & Salomon, P.C., hereby withdraws his appearance on behalf of the Plaintiff in this matter and substitutes the appearance of Samuel L. Davis of the same firm on behalf of the Plaintiff and requests that he be added to all ECF, electronic and other communications regarding this matter.

| | |
|---|---|
| _____<br>Terrence Smith [8297]<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck, New Jersey 07666<br>201-907-5000<br>201-692-0444 fax<br>tsmith@dsslaw.com<br>Date: August 15, 2018 | _____<br>Samuel L. Davis<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck, New Jersey 07666<br>201-907-5000<br>201-692-0444 fax<br>Samuel.davis@dsslaw.com<br>Date: August 15, 2018 |